```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4

 5

 6

 7
                    UNITED STATES DISTRICT COURT
 8
                   EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES GOVERNMENT,    )   CASE #6:05-mj-0063-WMW
10                               )
            Plaintiff,           )
11                               )   STIPULATION TO CONTINUE
       vs                        )   PLAINTIFF'S  RESPONSE IN
12                               )   OPPOSITION TO DEFENDANT'S
                                 )   MOTION TO DISMISS
13                               )
                                 )
14  KEVIN VASQUEZ                )
                                 )
15          Defendant.           )
    _____)
16  _____)
```

17      IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,

18  the Legal Officer for the United States Government and

19  Defendant, KEVIN VASQUEZ, and his Attorney of record, CARRIE

20  LEONETTI, that the filing of Plaintiff's response in the above-

21  captioned matter scheduled for July 29, 2005, be continued until

22  August 22, 2005.

23  Dated: July 29,  2005

24                                  By:  /S/ Elizabeth Waldow
                                         ELIZABETH WALDOW
25                                       Acting Legal Officer for
                                         United States Government
26
    Dated: July 29, 2005
27                                  By:  /S/ Carrie Leonetti
                                         CARRIE LEONETTI
28                                       Attorney for Kevin
    Vasquez                                      As authorized on

                                  1
                STIPULATION TO CONTINUE AND ORDER THEREON

7/29/05

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a Continuance in Plaintiff's Filing of Response in Motion to Dismiss until August 22, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Plaintiff's Response to Defendant, KEVIN VASQUEZ, shall be continued to August 22, 2005.

It is so ordered:

Dated: _____, 2005

By: _____
WILLIAM M WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   August 1, 2005          /s/ William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE