1  ELIZABETH WALDOW
   NATIONAL PARK SERVICE
2  Law Enforcement Office
3  P.O. Box 517
   Yosemite, California   95389
4  Telephone: (209) 372-0243

5

6
            **In The Eastern District of California for the**
7
                   **United States District Court**
8

9

10

11 | UNITED STATES OF AMERICA,    )   CASE NO. 6:05-mj-0063
                                 )
12 |         Plaintiff,           )   ORDER TO DENY DEFENDANT'S
                                 )   MOTION TO DISMISS
13 |         v.                   )
                                 )
14 | Kevin E. Vasquez,            )   Date: September 21, 2005
                                 )   Time: 10:00 a.m.
15 |         Defendant.           )   Courtroom: U.S. Magistrate
                                 )   Judge:
16                                )   Hon. William M. Wunderlich
                                 )
17                                )
   _____)
18

19 For the reasons stated in the United States Government Response

20 in Denial of Defendant's Motion to Dismiss the United States

21 Government, through its representative Elizabeth Waldow,

22 respectfully requests that the Defendant's Motion to Dismiss be

23 denied.

24

25

26

27

28

                                   1

Respectfully submitted,


Dated:   September 21, 2005   ,         /s/Elizabeth Waldow
                                        Elizabeth Waldow
                                        National Park Service


IT IS SO ORDERED.

**Dated:   September 22, 2005**            **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE

2