DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEVIN VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:05-mj-0063 |
| Plaintiff, | ) | ORDER TO EXONERATE BOND |
| v. | ) | |
| KEVIN VASQUEZ, | ) | Judge: Hon. Dennis L. Beck |
| Defendant. | ) | |

On January 23, 2006, Defendant, Kevin Vasquez, appeared in this matter for final judgment and sentencing.  On that date, the Court ordered that Mr. Vasquez's cash bond of $5,000 be exonerated, wherefor

**IT IS HEREBY ORDERED** that:

Mr. Vasquez's cash bond of $5,000  (Receipt No. 100-20234) be and is hereby exonerated.

DATED: February 26, 2006

/s/ Dennis L. Beck
The  HONORABLE DENNIS L. BECK
U.S. Magistrate Judge for the
Eastern District of California