# United States District Court
## Eastern District of California
## AMENDED

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KEVIN VASQUEZ**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **6:05-MJ-00063-001**<br><br>C. Leonetti, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) TWO and THREE as alleged in the violation petition filed on __.

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| CHARGE 2 | FAILURE to FOLLOW the INSTRUCTIONS of the PROBATION OFFICE | June 16 and November 30, 2006 |
| CHARGE 3 | FAILURE to COMPLETE 200 HOURS COMMUNITY SERVICE | to date ............ |

The court: [ ] revokes: [ ] modifies: [✔] continues under same conditions of supervision heretofore ordered on  JANUARY 23, 2006 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charge(s)  One and Four  is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

APRIL 26, 2007
Date of Imposition of Sentence

/s/ Sandra M. Snyder
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

5/21/2007
Date

## SPECIAL CONDITIONS OF PROBATION

**IT IS THE JUDGMENT OF THE COURT** that probation heretofore granted on January 23, 2006, is continued under the same terms and conditions as previously imposed with the addition of the following special condition:

1.      Pursuant to 18 USC 3563(b)(10), the defendant shall serve a total of 20 days in the custody of the Bureau of Prisons, commencing Saturday, June 23, 2007, and every other weekend thereafter for 12 weekends.  Failure to surrender to the designated institution on each weekend will constitute a new violation of probation. The Court recommends the defendant be incarcerated at an institution in or near San Diego, California, but only insofar as this recommendation accords with security classification and space availability.